JS-6

# The United States District Court
## Central District of California

| | |
|---|---|
| Mapsong PC dba New Way Therapy Services, a California professional corporation | Case No.: 8:23-cv-02199-DOC-DFM |
| Plaintiff, | **Order Granting Stipulation to Remand Case to State Court** |
| vs. | Case Removed: November 15, 2023 |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation, and DOES 1-20, inclusive, | |
| Defendant. | |

Before this Court is the Stipulation of Plaintiff Mapsong PC *dba* New Way Therapy ("Plaintiff") and Defendant Anthem Blue Cross Life and Health Insurance Company ("Anthem") (parties collectively referred to as the "Parties") to remand this case to Orange County Superior Court. Having reviewed the Stipulation, and good cause shown, the Court GRANTS the stipulation.

This case is remanded to Orange County Superior Court, Case No. 30-01332428-CU-BC-CJC.

**IT IS ORDERED.**

Date: February 29, 2024

*David O. Carter*

Hon. David O Carter
United States District Judge